## AUTHORITY TO ACT – AGENT AGREEMENT
### (Limited to One Transaction)

1. **De Lage Landen Financial Service** ("hereafter CLIENT") parent company of **Sharp Electronics Credit** appoints Sierra Funds Recovery, Inc., acting through its staff, as its Lawful Attorney In Fact, for the limited purpose of recovering, receiving and obtaining information pertaining to the claim of **Sharp Electronics Credit**, of an outstanding total amount of **$1,693.56** in unclaimed funds held by a government agency or authority for the case of: **99-11858 Triplex Marine Maintenance**

2. Sierra Funds Recovery, Inc. may not make any expenditure or incur any costs on behalf of CLIENT without CLIENT'S written consent.

3. CLIENT grants Sierra Funds Recovery, Inc. authority to complete all actions legally permissible and reasonably necessary to recover the unclaimed funds. This limited authority includes the right to endorse and negotiate any instrument of payment. CLIENT authorizes the use of a photocopy of this authorization to act in lieu of the original if required.

4. This appointment is specifically limited to the collection and disbursement of the above named funds. It shall become effective on the date signed below and shall be terminated upon the receipt of funds recovered by Sierra Funds Recovery, Inc. CLIENT reserves the right to revoke this Authority to Act at any time by written notification.

Signed this _13_ day of _APRIL_, 200_6_

By: _[signature]_

Print Name & Title _Raymond Crouse, Director_

Tax Identification No: _381904500_

| Affix Corporate Seal here (if unavailable, sign statement to the right) | Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this company is unavailable to the undersigned. By: _____ |
|---|---|

### NOTARY ACKNOWLEDGMENT

State of _Pennsylvania_ )          County of _Chester_ )

Before me, the person named above, personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act. Identification for the above named was (please check the appropriate box):

☐ Driver's License (or specify other identification type _____ )
☒ Personally Known

Signed this _13th_ day of _April_, 200_6_

Notary Public Signature: _Lillian M Lucas_

Residing At _1111 Old Eagle School Rd. Wayne, PA 19087_    My Commission Expires _5/23/09_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lillian M. Lucas, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires May 23, 2009
Member, Pennsylvania Association of Notaries

page _1_ of _1_

$1,693.56 De Lage Landen Financial Service

| Exhibit B: |
|---|
| Creditor History |

The following is the creditors (or successor in interest to the creditor) current address, contact, phone number, and a brief history of the creditor from filing of the creditor's claim to present.

The court's creditor mailing matrix lists the following information for this claimant:

Sharp Electronics Credit
Division of De Lage Landen Financial
Debbie Yost, Legal Dept
1055 Westlakes Dr
Berwyn, PA 19312

That information is no longer correct. The following is the current address, contact and telephone number:

Current Address:

De Lage Landen Financial Service
Attn: Raymond Crouse, Director Litigation and Recovery
1111 Old Eagle school Rd
Wayne, PA 19087-1453

Current Phone: 610-386-3647

Creditors History: The claimant named above is the rightful claimant to these funds as evidenced by the attached Exhibits. The claimant is the original creditor in this case. The mailing address and specific business name have simply changed. The referenced division no longer exists and the parent corporation, De Lage Landen Financial is the currently entitled party.

Authorization to act as the claimant's agent is shown by Exhibit A. History of the Creditor (this document) is shown by Exhibit B. Exhibit C is a sworn affidavit of the claimant asserting ownership of these funds. Exhibit D is a report from the Texas Secretary of State identifying the claimant at their current address. Exhibit E is a summary from the Secretary of State for Pennsylvania where the claimant is located showing the same entity at the address of record with the court. This document also identifies recent changes to the business name.

The following attached Exhibits support this claim:

Exhibit A: Original Limited Power of Attorney (Authority to Act)
Exhibit B: History of the Creditor (this document)
Exhibit C: Affidavit of Claimant
Exhibit D: Account Status from Texas Secretary of State
Exhibit E: Corporate record from Pennsylvania Secretary of State
Exhibit F: Business card and Photo Identification of the signatory (Personal information obscured for privacy reasons.)



EXHIBIT B

page 1 of 1

## Affidavit of Claimant

I, (name) **Raymond Crouse**  (title) **Director**,
of **DeLage Landen Financial Services**, (the Company)
under the penalty of perjury of the laws of the United States of America declare (or certify, verify or state) the following statements are true and correct:

1. In my position within the Company, I am qualified to sign on behalf of the Company and I am knowledgeable of the company history.

2. The company is, to the best of my knowledge, the entitled claimant to the unclaimed funds referenced in this application.

3. The Company is the parent company of Sharp Electronics Credit and is now entitled to funds owed to Sharp Electronics Credit.

4. The Company has authorized Sierra Funds Recovery, Inc. to represent our interests and manage the recovery of an outstanding unclaimed fund amount of $1,693.56 resulting from the bankruptcy of (Debtor) Triplex Marine Maintenance

5. The company's current contact information is as follows:
   Attention **Raymond Crouse / Jim Prendergast**
   Address **DeLage Landen**
   **1111 Old Eagle School Rd**
   **Wayne PA 19087**
   Phone **610 386 5000**

Signed this **13** day of **April**, 200**6**
Signature: [signed]

| Affix Corporate Seal here (if unavailable, sign statement to the right) | Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this corportion is unavailable. By: _____ |

### NOTARY ACKNOWLEDGMENT

State of **Pennsylvania**    County of **Chester**

Before me, the person named above, personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the Instrument and acknowledged that the execution thereof to be his/her free act. Identification for the above named was (please check the appropriate box):

☐ Driver's License (or specify other identification type _____)
☒ Personally Known

Signed this **13th** day of **April**, 200**6**
Notary Public Signature: **Lillian M. Lucas**
Residing At **1111 Old Eagle School Rd Wayne, PA 19087**   My Commission Expires **5/23/09**

**Notary Seal**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lillian M. Lucas, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires May 23, 2009
Member, Pennsylvania Association of Notaries

page _1_ of _1_

24252464



Corporation Search Results

# Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087-1453 |
| Status: | IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006 |
| Registered Agent: | PRENTICE HALL CORPORATION SYSTEM<br>701 BRAZOS STREET, SUITE 1050<br>AUSTIN, TX 78701 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | MI |
| File Number: | 0005685306 |
| Charter/COA Date: | December 10, 1982 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 13819045009 |



page 1 of 1





## Entity Details

DOS Homepage

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

### Basic Entity Information

| | |
|---|---|
| Entity Type | FOREIGN BUSINESS CORPORATION |
| Entity Name | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| Entity No. | 738233 |
| Filing Date | 10/09/1981　　**Letter of Consent**　　No |
| Address | % CORPORATION SERVICE COMPANY |
| | - Pennsylvania  USA |
| County | Dauphin　　**Jurisdiction**　　MI |
| Purpose | - |
| Limited Authority | No |

### Corporate Officers

| | |
|---|---|
| Updated Date | 10/09/1981 |
| President | ABRAHAM BERNSTEIN |
| Secretary | J ERIC ATHERHOLT |
| Treasurer | MARTIN SHAMES |
| Vice-President | KEITH MORGAN |

### Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| CHANGE OF REGISTERED OFFICE | 2004104 | 556 | 557 | 11/03/2004 | |
| AMENDED CERT. OF AUTHORITY-- BUSINESS | 9934 | 225 | 226 | 04/30/1999 | NCFR: TOKAI FINANCIAL SERVICES INC |
| AMENDED CERT. OF AUTHORITY-- BUSINESS | 9111 | 423 | 423 | 01/28/1991 | EFF 2/1/91 ADR NCFR: MASTER LEASE CORPOR:ATION |
| CHANGE OF REGISTERED OFFICE | 8336 | 1418 | 1418 | 06/13/1983 | |
| CERTIFICATE OF AUTHORITY - BUSINESS | 8166 | 557 | 561 | 10/09/1981 | |

Back






**PENNSYLVANIA Department of State**

PA Keyword [Go]　　Search [Go]　Advanced Search ▶▶

DOS Homepage

# Entity Details

[?]

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

## Basic Entity Information

| | |
|---|---|
| Entity Type | FICTITIOUS NAME |
| Entity Name | MASTER LEASE |
| Entity No. | 2085637 |
| Filing Date | 04/10/1992　**Letter of Consent**　No |
| Address | 1055 WESTLAKES DRIVE<br>BERWYN　Pennsylvania　USA　19312 |
| County | Chester　**Jurisdiction**　PA |
| Purpose | EQUIPMENT LEASING AND FINANCE |
| Limited Authority | No |

## Fictitious Owners

| 1 | TOKAI FINANCIAL SERVICES INC |
|---|---|

## Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| FICTITIOUS NAME | 9230 | 889 | 890 | 04/10/1992 | |

[Back]

Home | Site Map | View as Text Only

Visit the PA PowerPort

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement



EXHIBIT E
page 1 of 2



**Raymond M. Crouse**
*Director, Litigation and Recovery*

**De Lage Landen Financial Services**
1111 Old Eagle School Road
Wayne, PA 19087
Tel  1 610 386 3647
Fax 1 610 386 5804

E-Mail  rcrouse@leasedirect.com
www.delagelanden.com



EXHIBIT F
page 1 of 1